Nos. 387 and 388. RECONSTRUCTION FINANCE CORPORATION *v.* BANKERS TRUST Co., TRUSTEE. October 26, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Jesse E. Waid* for respond-

ent. *Solicitor General Fahy* and *Mr. Daniel K. Knowlton* filed a memorandum on behalf of the Interstate Commerce Commission, as *amicus curiae,* in support of the petition.